# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| DECARLO A. GARNER, JR., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 3:25-cv-443 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| RYAN M. SPIZTER, *et al.*, | ) | Magistrate Judge Poplin |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## ORDER

On April 2, 2026, United States Magistrate Judge Debra C. Poplin filed a Report and Recommendation [Doc. 13] pursuant to 28 U.S.C. § 636(b) and the Rules of this Court. The Magistrate Judge recommends that Plaintiff should be afforded an opportunity to file an amended complaint on or before April 30, 2026. [Doc. 13]. Plaintiff has not filed an objection to the Report and Recommendation. The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 13]. Plaintiff is **ORDERED** to file his amended complaint on or before **April 30, 2026**. Also, Plaintiff is **NOTIFIED** that if he fails to timely comply with this Court's Order, the Court will dismiss this action for want of prosecution and failure to comply with a Court order without further notice.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**